■ Loomis J. Grossman et al., Appellants, v. S. E. Nichols Company et al., Respondents.— Order, Supreme Court, New York County, entered on July 28, 1972, unanimously affirmed. Appeal from the order of said court, entered on August 10, 1972, unanimously dismissed as nonappealable. No opinion. Concur — McGivern, J. P., Markewich, Murphy, Lane and Steuer, JJ.